UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DONALD J. STANLEY,

    Petitioner,

    v.     CAUSE NO. 3:20-CV-137-RLM-MGG

WARDEN,

    Respondent.

OPINION AND ORDER

Donald J. Stanley, a prisoner without a lawyer, filed a habeas corpus petition challenging a prison disciplinary hearing (WCC 19-10-0257) held on October 25, 2019, in which the disciplinary hearing officer found him guilty of battery in violation of Indiana Department of Correction offenses B-212. He was sanctioned with the loss of 90 days earned credit time, but the sanction was suspended and hasn't been imposed. Mr. Stanley hasn't yet lost earned credit time as a result of that hearing.

A prison disciplinary hearing can only be challenged in a habeas corpus proceeding when it results in the lengthening of the duration of confinement. Hadley v. Holmes, 341 F.3d 661, 664 (7th Cir. 2003). Because this disciplinary hearing did not result in the lengthening of the duration of Mr. Stanley's confinement, habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied. If, in the future, the suspended sanction is imposed, he may file another habeas corpus petition.

For these reasons, the court DENIES the petition pursuant to Section 2254 Habeas Corpus Rule 4 and the case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED on February 19, 2020

s/ Robert L. Miller, Jr.
JUDGE
UNITED STATES DISTRICT COURT